UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY WAYNE OLIVER,<br><br>    Plaintiff,<br><br>    vs.<br><br>G. YBARRA, et al.,<br><br>    Defendants | 1:15-cv-00723-LJO-GSA-PC<br>[Kern County Superior Court case #S-1500-284184 LHB]<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br>(Doc. 7.)<br><br>ORDER REMANDING CASE TO KERN COUNTY SUPERIOR COURT<br><br>ORDER FOR CLERK TO CLOSE CASE AND SERVE NOTICE OF REMAND |

Anthony Wayne Oliver ("Plaintiff") is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 18, 2015, findings and recommendations were entered, recommending that this action be remanded to the Kern County Superior Court. (Doc. 7.) The parties were granted thirty days in which to file objections to the findings and recommendations. (Id.) To date, no party has filed objections or otherwise responded to the findings and recommendations. (Court Record.)

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file,

the court finds the findings and recommendations to be supported by the record and proper analysis.

      Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on May 18, 2015, are adopted in full;
2. This action is remanded to the Kern County Superior Court;
3. All pending motions are denied as moot; and
4. The Clerk of Court is directed to close this case and serve notice of the remand.

IT IS SO ORDERED.

   Dated:   **July 8, 2015**                  **/s/ Lawrence J. O'Neill**
                                                         UNITED STATES DISTRICT JUDGE